372 A.2d 413
Commonwealth, Appellant, v. Bennett.

Argued December 8, 1976. Robert F. Banks, Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

372 A.2d 414
Commonwealth v. Blackwell, Appellant.

Argued December 6, 1976. Richard N. Saxton, Jr., Assistant Public Defender, for appellant; J. Michael Williamson, District Attorney, for Commonwealth, appellee.

Judgment of sentence and order affirmed.